BELLON & MANINGO, LTD.
LANCE A. MANINGO, ESQ.
Nevada Bar No. 6405
732 S. Sixth Street, Suite 102
Las Vegas, Nevada 89101
Telephone: (702) 452-6299
Facsimile: (702) 452-6298
Email: lam@bellonandmaningo.com
Attorney for Defendant
DERRICK HAYWOOD

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | 2:16-CR-00296-JAD |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| DERRICK HAYWOOD, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that that the United States Department of Parole and Probation will prepare a Pre-Plea Presentence Investigation Report on Defendant DERRICK HAYWOOD.

DATED this  15th  day of  November , 2016.

_____
UNITED STATES MAGISTRATE JUDGE