BELLON & MANINGO, LTD.
LANCE A. MANINGO, ESQ.
Nevada Bar No. 6405
732 S. Sixth Street, Suite 102
Las Vegas, Nevada 89101
Telephone: (702) 452-6299
Facsimile: (702) 452-6298
Email: lam@bellonandmaningo.com
Attorney for Defendant HAYWOOD

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DERRICK HAYWOOD,<br><br>    Defendant. | 2:16-CR-00296-JAD-PAL |

## NOTICE OF REQUEST TO BE REMOVED FROM CM/ECF E-NOTICE LIST

COMES NOW the defendant, DERRICK HAYWOOD, by and through his counsel of record, Lance A. Maningo, Esq., and move this Honorable Court to allow counsel to be removed from CM/ECF E-Notice list.

DATED this 26th day of October, 2017.

BELLON & MANINGO, LTD.

By: /s/ Lance Maningo
LANCE A. MANINGO, ESQ.
Nevada Bar No.: 6405
732 S. Sixth Street, Suite 102
Las Vegas, Nevada 89101
Attorney for Defendant
DERRICK HAYWOOD

**IT IS SO ORDERED** this 2nd day of November, 2017.

Peggy A. Leen
United States Magistrate Judge

1

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Bellon & Maningo, Ltd, and that on the 26th day of October, 2017, I served a copy of the foregoing NOTICE OF REQUEST TO BE REMOVED FROM CM/ECF E-NOTICE LIST via CM/ECF system, which was served via electronic transmission by the Clerk of Court pursuant to local order.

/s/ Elyse Grossman
Employee of Bellon & Maningo, Ltd.