NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
ELIZABETH O. WHITE
Assistant United States Attorney
400 South Liberty #900
Reno, Nevada 89501
Elizabeth.O.White@usdoj.gov
775-784-5438
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>DERRICK HAYWOOD,<br><br>  Defendant. | Case No 2:16-cr-00296-JAD-PAL<br><br>**Stipulation to Extend Deadline for Government's Response to Defendant's Supplement to his Motion for an Order Reducing Sentence or Modifying Judgment (Second Request)**<br><br>**ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between Assistant United States Attorney Elizabeth O. White, counsel for the United States of America; and Assistant Federal Public Defender Paul D. Riddle, counsel for Derrick Haywood, that the government's deadline for responding to Mr. Haywood's Supplement to his Motion for an Order Reducing Sentence or Modifying Judgment (ECF No. 268) be extended 4 days, to and including June 22, 2020.

This stipulation is entered into for the following reasons:

1. On May 21, 2020, Mr. Haywood filed a pro se letter seeking compassionate release. ECF No. 266. Pursuant to this Court's General Order 2020-06, the Federal Public

Defender's Office filed a supplement on May 28, 2020, *see* ECF No. 268; and the government's response is due on June 4, 2020.

2. In consulting with counsel from the Bureau of Prisons regarding this matter, undersigned government counsel learned that BOP was reviewing Mr. Haywood for possible referral for community placement, which may include a designation to home confinement. That review was not yet complete, so counsel stipulated to a 14-day extension for filing the government's response, believing that BOP's decision on the matter could obviate the need for further litigation in this matter.

3. Government counsel learned today that the review is on-going and not yet complete. Because that review is not complete, the government intends to file a response to Mr. Haywood's motion, but needs more time to prepare that response.

Undersigned counsel therefore submit this stipulation, proposing that the government's response to Haywood's motion be due on Monday, June 22, 2020.

DATED this 18th day of June, 2020.

| RENE L. VALLADARES | NICHOLAS A. TRUTANICH |
| Federal Public Defender | United States Attorney |

By: *s/ Paul D. Riddle*  
Paul D. Riddle  
Asst. Federal Public Defender  
*Counsel for Derrick Haywood*

By: *s/ Elizabeth O. White*  
Elizabeth O. White  
Assistant United States Attorney  
*Counsel for the United States*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00296-JAD-PAL |
| Plaintiff, | |
| vs. | |
| | **ORDER** |
| DERRICK HAYWOOD, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the government's response to Defendant's Supplement to his Motion for an Order Reducing Sentence or Modifying Judgment shall be due on June 22, 2020.

Dated: June 19, 2020.

_____
UNITED STATES DISTRICT JUDGE

3